Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
__Southern__ District of __Iowa__
__Central__ Division

| | |
|---|---|
| __Richard George Fleck Jr.__ ) <br> _Plaintiff(s)_ ) <br> (Write the full name of each plaintiff who is filing this complaint. <br> If the names of all the plaintiffs cannot fit in the space above, <br> please write "see attached" in the space and attach an additional <br> page with the full list of names.) ) <br> -v- ) <br> ) <br> __Kelly W. Kruse, Iowa Office of the Medical Examiner__ ) <br> _Defendant(s)_ ) <br> (Write the full name of each defendant who is being sued. If the <br> names of all the defendants cannot fit in the space above, please <br> write "see attached" in the space and attach an additional page <br> with the full list of names. Do not include addresses here.) ) | Case No. _____ <br> _(to be filled in by the Clerk's Office)_ |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

"Basis for Jurisdiction D."

Kelly W. Kruse intentionally gave false and omitted testimony about postmortem injuries to the decedent. Then Kelly W. Kruse gave knowingly false and fraudulent testimony at the criminal trial of the Plantiff. By acknowledging the existance of fictitous and none existant injuries. By fraudulently and intentionally misrepresenting facts concerning the autopsy of decedent in autopsy case no. 21-00166. And by withholding and omitting the fact that medically documented evidence existed that would have resolved the Plantiff of blame for alleged injuries to the decedant in autopsy case no. 21-00166. Kelly W. Kruse also concealed the existance of medical evidence such as injuries and surgical history. Kelly W. Kruse withheld and conceal medical documents to conceal the fact that injuries that were alleged in the autopsy report case no. 21-00166 was either pre-existing or from resent past. Kelly W. Kruse also withheld the medical history of the decedent in autopsy case no. 21-00166 to conceal the facts surrounding medical and/or surgical hardware that was present in the decedants skull at the time of the autopsy. Which was omitted from the autopsy report and at the Plantiff's trial. Kelly W. Kruse knowingly and intentionally engaged in fraudulent behavior when giving testimony about autopsy report case no. 21-00166. And when Kelly W. Kruse did the autopsy report itself. Iowa Office of the Medical Examiner employed and facilitated the actions and behavior of Kelly W. Kruse. When Kelly W. Kruse falsyfied autopsy report case no. 21-00166. and when Kelly W. Kruse gave knowingly false and fraudulent testimony at the trial of the Plantiff.

C. What date and approximate time did the events giving rise to your claim(s) occur?

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. On 2-22-21 Kelly W. Kruse caused injuries to the decedent of autopsy case no. 21-00166. While being assisted by Primary Autopsy Technician Megan Getz and Assisting Autopsy Tech Mary Jo Boyer. Also present was Detective Brook McPherson, Cullen Kothmann and Christian Escobar of the Ames Police Department.

2. On April 16, 2021 at 8:36 Am, Kelly W. Kruse knowingly and intentionally falsified the autopsy report case no. 21-00166. To conceal and misrepresent past, pre-existing and postmortem injuries to the decedent that was cause by Kelly W. Kruse. And also to conceal facts concern medical and/or surgical hardware.

3. On May 2, 2021 at or between the times of 10:04 Am - 11:24 Am, Kelly W. Kruse knowingly and intentionally gave false and fraudulent testimony concerning autopsy report 21-00166.

4. Kelly W. Kruse omitted and concealed the existence of medical documentation that would've resolved the Plantiff of blame for injuries that were alleged to have occurred and resulted in the decedants death of autopsy 21-00166.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional and Pyschological Stress, imminent and irreparable harm, Slander

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The Plantiff would like to seek the amount of 50,000,000. For the violation and deprivation of the Plantiff rights. For slander, for intentionally inflicting pyschological and emotional harm. For the imminent and irreparable harm that has and will occurr, That will require future counseling and therapy. The Plantiff is forever tarnished by the acts and behavior of the defendants. The Plantif has being targeted by violence because of the slander of Kelly W. Kruse. And has been subjected to harrasment.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Hory County Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

The jail grievance process did not cover malicious activity involving individuals not imployed by or at the County Jail

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Verbally, I informed my trial attorney's Jill Emermann and Micheal Adams on 5-2-22 between the times of 10:04Am - 11:24Am. I also informed my Appeal attorney Shawn Smith in written correspondance multiple times in July of 2022, and in a phone call in October of 2022. I never got a response or an acknowledgement concerning the issues from either individual.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8·28·23

Signature of Plaintiff: Richard George Fleck Jr

Printed Name of Plaintiff: Richard George Fleck Jr.

Prison Identification #: #6960794

Prison Address: _____

City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Address: _____

City / State / Zip Code

Telephone Number: _____

E-mail Address: _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Richard George Fleck Jr.
All other names by which you have been known:
ID Number: #6960794
Current Institution: Iowa State Penitentiary
Address: 2111 330th Avenue
Fort Madison, Iowa 52627

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Kelly W. Kruse
Job or Title *(if known)*: M.D., M.P.H., Associate State Medical Examiner
Shield Number:
Employer: Iowa Office of the Medical Examiner
Address: 2550 South Ankeny Blvd.
Ankeny, Iowa 50023-9093
[ ] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: Iowa Office of the Medical Examiner
Job or Title *(if known)*:
Shield Number:
Employer: State of Iowa
Address: 2250 South Ankeny Blvd.
Ankeny, Iowa 50023-9093
[ ] Individual capacity  [✓] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

           *City*     *State*     *Zip Code*

   ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

           *City*     *State*     *Zip Code*

   ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Article 4 section 2 of the Constitution of the USA, 5th, 8th and 14th (section 1) Amendments of the Constitution

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Kelly W. Kruse cause postmortem injuries to decedent in autopsy case no 21-00166. Then Kelly W. Kruse falsified the autopsy report to case no. 21-00166. To intentionally misrepresent postmortem, past and pre-existing injuries to the decedent. Also to conceal and omit those injuries and the facts concerning how the injuries had occurred. SEE ATTACHED

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

~~[scribbled out]~~

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Iowa Office of the Medical Examiner on 4-16-21 at 8:32 AM
District Court for Story County Iowa on 5-2-22 at or between the times of 10:04 AM and 11:24 AM

Page 4 of 11

Chard George Meck
Iowa State Penitentiary
1330th Avenue
Ft Madison, Iowa 52627



X-RAYED & CLEARED BY U.S.M.S.

Clerk of the Courts
123 East Walnut Street
Des Moines, Iowa 50309